IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                   **CASE NO.: 1:07-cr-10058-STA**

**JUSTIN RASHAD FORREST,**

    **Defendant.**

### ORDER GRANTING DEFENDANT'S MOTION
### FOR CONTINUANCE OF SUPERVISED RELEASE HEARING

**IT APPEARING TO THE COURT** for good cause shown, that the Defendant's Motion for Continuance of Defendant's Supervised Release Hearing from its current setting of April 16, 2019 , be granted, that this matter be set for **Tuesday, July 23, 2019 at 9:00 a.m.**

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED, this 5th day of April, 2019.

                                        s/S. Thomas Anderson
                                        CHIEF JUDGE S. THOMAS ANDERSON
                                        U.S. DISTRICT COURT