IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.          CASE NO.: 1:07- CR-10058-STA

**JUSTIN RASHAD FORREST,**

    **Defendant.**

### ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE OF SUPERVISED RELEASE HEARING AND NOTICE OF RESETTING

**IT APPEARING TO THE COURT** for good cause shown, that the Defendant's Motion for Continuance of Defendant's Supervised Release Hearing from its current setting of July 29 2019 , be granted and consolidated with the sentencing hearing, that this matter be set for **Friday, September 6, 2019 at 11:00 a.m.**

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED, this 29th day of July, 2019.

                                         s/S. Thomas Anderson
                                         CHIEF JUDGE S. THOMAS ANDERSON
                                         U.S. DISTRICT COURT